UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LACKAWANNA CHIROPRACTIC P.C.**, a New York professional corporation, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**TIVITY HEALTH SUPPORT, LLC**, a Delaware limited liability company,<br><br>*Defendant.* | Case No. 1:18-cv-00649-LJV<br><br>**CLASS ACTION** |

**PLAINTIFF'S NOTICE OF UNOPPOSED MOTION AND
MOTION FOR EXTENSION OF TIME TO FILE AMENDED MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Lackawanna Chiropractic P.C., on behalf of itself and classes of similarly situated persons, with the consent of Defendant Tivity Health Support, LLC (referred to as "Tivity" or "Defendant"), respectfully moves for a brief one week extension of time to file its Amended Motion for Preliminary Approval of Class Action Settlement.

Plaintiff requests a brief one-week extension of time up to and including March 6, 2020 to finalize the amended motion for preliminary approval. This brief extension of time is requested in good faith and will not prejudice any party to this action. The parties have not previously requested an extension of any deadline associated with the amended motion for preliminary approval, and the requested continuance will not impact any other deadlines in the action.

Respectfully submitted,

Dated: February 28, 2020

*/s/ Stefan Coleman*
Stefan Coleman (SC6365)
law@stefancoleman.com
Law Offices of Stefan Coleman, P.A.
5 Penn Plaza, 23rd Floor

1

New York, NY 10001
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

Avi R. Kaufman (admitted pro hac vice)
KAUFMAN P.A.
400 NW 26TH Street
Miami, Florida 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

*Attorneys for Plaintiff and the Settlement Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Stefan Coleman*