UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LACKAWANNA CHIROPRACTIC P.C.**, a New York professional corporation, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**TIVITY HEALTH SUPPORT, LLC**, a Delaware limited liability company,<br><br>*Defendant.* | Case No. 1:18-cv-00649-LJV-JJM<br><br>**CLASS ACTION** |

## NOTICE OF SETTLEMENT

Plaintiff Lackawanna Chiropractic P.C. respectfully provides notice that the parties have reached a settlement in principal. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claims within 30 days. The parties request that all pending dates and filing requirements as to the parties be vacated and that the Court set a deadline, thirty days from the present date for filing a dismissal of the action.

Respectfully submitted,

Dated: December 13, 2021

*/s/ Avi R. Kaufman*
Stefan Coleman (SC6365)
law@stefancoleman.com
Law Offices of Stefan Coleman, P.A.
5 Penn Plaza, 23rd Floor
New York, NY 10001
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

Avi R. Kaufman (admitted pro hac vice)
KAUFMAN P.A.
400 NW 26TH Street
Miami, Florida 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

*Attorneys for Plaintiff and the Settlement Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 13, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Avi R. Kaufman*