UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LACKAWANNA CHIROPRACTIC P.C.**, a New York professional corporation, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**TIVITY HEALTH SUPPORT, LLC**, a Delaware limited liability company,<br><br>*Defendant.* | Case No. 1:18-cv-00649-LJV-JJM<br><br>**CLASS ACTION** |

**STIPULATION OF DISMISSAL**

Plaintiff Lackawanna Chiropractic P.C. and Defendant Tivity Health Support, LLC hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as the claims of any other members of the putative class, with each party to bear its own attorneys' fees and costs.

So stipulated.

Respectfully submitted,

Dated: January 13, 2022

*/s/ Avi R. Kaufman*
Stefan Coleman (SC6365)
law@stefancoleman.com
Law Offices of Stefan Coleman, P.A.
5 Penn Plaza, 23rd Floor
New York, NY 10001
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

Avi R. Kaufman (admitted pro hac vice)
KAUFMAN P.A.
400 NW 26TH Street
Miami, Florida 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

*Attorneys for Plaintiff and the Settlement Class*

/s/ Bradley Hoppe
Bradley Hoppe, Esq.
Bond, Schoeneck & King PLLC
Avant Building, Suite 900
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 416-7000
Email:  bhoppe@bsk.com

/s/ David C. Layden
David C. Layden, Esq. (admitted pro hac vice)
Jenner & Block LLP
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2796
Email: dlayden@jenner.com

*Attorneys for Defendant Tivity Health Support, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 13, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Avi R. Kaufman